UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH JUDICIAL CIRCUIT

CASE NO. 15-10870
1:12-cv-20325-JEM

ANDREA SILVERTHORNE,

      *Appellant*,

v.

YEAMAN, *et. al.* ,

      *Appellees*.

_____/

## APPELLEES' CERTIFICATE OF INTERESTED PERSONS

Appellees, Lincoln Place Residences Condominium Association, Inc., Allan Yeaman, Daniel DiNicola, and David Desorbo, pursuant to 11 Cir.R.26.1-1 certify the following persons and entities have an interest in the outcome of this case's appeal:

    Andrea Silverthorne, Appellant

    Becker & Poliakoff, P.A., Counsel for Appellees

    Blue Sky Miami, Inc., Appellee

    Business Law Group, P.A., Appellee

    Steven M. Davis, Counsel for Appellee

    Scott C. Davis, Counsel for Appellee

    David Desorbo, Appellee

    Daniel DiNicola, Appellee

Aaron Lee Gordon, Counsel for Appellee

Lincoln Place Residences Condominium Association, Inc., Appellee

Maxwell Scheiner, Appellee

Aaron Swimmer, Counsel for Appellee

Swimmer Law Associates, P.A., Counsel for Appellee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time has been electronically filed and served via the Court's E-Filing Service, on this **24th day of September, 2015,** upon the following:

| | |
|---|---|
| Andrea Silverthorne, Appellant<br>P.O. Box 214<br>Lubec, Maine 04652<br>E-mail: andthorne@aol.com | Aaron L. Gordon, Esq.<br>LM Funding, LLC<br>302 Knights Run Avenue, Suite 1000<br>Tampa, FL 33602<br>E-mail: AGordon@lmFunding.com |
| Aaron Swimmer, Esq.<br>Swimmer Law Associates, P.A.<br>1680 Michigan Avenue, Suite 1014<br>Miami Beach, FL 33139<br>E-mail: als@swimmelawassociates.com | Scott C. Davis, Esq.<br>Business Law Group, P.A.<br>301 W. Platt Street, Suite 375<br>Tampa, FL 33606<br>E-mail: sdavis@blawgroup.com |

BECKER & POLIAKOFF, P.A.
Attorneys for Appellees
121 Alhambra Plaza, 10th Floor
Coral Gables, Florida 33134
305-262-4433 (Telephone)
305-442-2232 (Facsimile)

By:_____
     STEVEN M. DAVIS
     Florida Bar No. 894249